IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02298-BNB

PAUL C. MARTINEZ,

    Applicant,

v.

KEVIN L. MILYARD, Warden, SCF,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 23 2010

GREGORY C. LANGHAM
CLERK

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

Applicant, Paul C. Martinez, is a prisoner in the custody of the Colorado Department of Corrections and is currently incarcerated at the Sterling Correctional Facility in Sterling, Colorado. Mr. Martinez has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which he apparently challenges the validity of a Denver County District Court conviction and sentence. The Court must construe the application liberally because Mr. Martinez is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Martinez will be ordered to file an amended application.

The Court has reviewed the application and finds that it is deficient because Mr. Martinez appears to be challenging the validity of a state court conviction and sentence rather than the execution of his sentence. As a result, the claims he is raising in this

action properly are asserted pursuant to 28 U.S.C. § 2254 rather than 28 U.S.C. § 2241. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). Therefore, Mr. Martinez will be ordered to file an amended application on the proper form if he wishes to pursue his claims in this action.

In addition to filing an amended application on the proper form, Mr. Martinez is advised that he must assert his claims clearly and he must allege specific facts in support of each asserted claim. Mr. Martinez also is advised that § 2254 provides a remedy only for violations of the "Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Furthermore, pursuant to Rules 2(c)(1) and 2(c)(2) of the Rules Governing Section 2254 Cases in the United States District Courts, Mr. Martinez must "specify all [available] grounds for relief" and he must "state the facts supporting each ground." The Court notes that these habeas corpus rules are more demanding than the rules applicable to ordinary civil actions, which require only notice pleading. *See Mayle v. Felix*, 545 U.S. 644, 655 (2005). Naked allegations of constitutional violations are not cognizable under § 2254. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Mr. Martinez file **within thirty (30) days from the date of this order** an amended pleading on the proper form that clarifies the constitutional claims he is asserting and that sets forth specific facts in support of each asserted claim It is

FURTHER ORDERED that the clerk of the court mail to Mr. Martinez, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Martinez fails within the time allowed to file an amended pleading as directed, the application will be denied and the action will be dismissed without further notice.

DATED September 23, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02298-BNB

Paul C. Martinez
Prisoner No. 108333
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 9/23/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk