IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02298-BNB

PAUL C. MARTINEZ,

    Applicant,

v.

KEVIN L. MILYARD, Warden, SCF,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC -8 2010

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Applicant, Paul C. Martinez, is a prisoner in the custody of the Colorado Department of Corrections (CDOC) and is currently incarcerated at the Sterling Correctional Facility in Sterling, Colorado. He initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 on September 20, 2010. He has been granted leave to proceed *in forma pauperis*.

On September 23, 2010, Magistrate Judge Boyd N. Boland reviewed the Application and determined that it was deficient. Magistrate Judge Boland found that Mr. Martinez was asserting claims that challenged the validity of his state court sentence, which must be asserted pursuant to 28 U.S.C. § 2254, rather than claims that challenged the execution of his sentence, which are asserted pursuant to 28 U.S.C. § 2241. See *Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). Based on this determination, Magistrate Judge Boland ordered Mr. Martinez to file an amended pleading on a 28 U.S.C. § 2254 form if he wished to pursue his claims in this action.

Mr. Martinez was warned that the action would be dismissed without further notice if he failed to file an amended pleading within thirty days.

On October 12, 2010, Mr. Martinez filed a "Motion to Reconsider Order of Conversion," in which he objected to Magistrate Judge Boland's order directing him to file an amended pleading. The Court construed the Motion as an objection pursuant to 28 U.S.C. § 636(b)(1)(A). After a review of the Application and the Order for an Amended Application, the Court concluded that Magistrate Judge Boland was correct that Mr. Martinez's claims must be raised pursuant to 28 U.S.C. § 2254 rather than 28 U.S.C. § 2241. Accordingly, on October 22, 2010, the Court entered an order overruling the objection. The October 22, 2010, order also provided Mr. Martinez additional time to file an amended pleading as directed by Magistrate Judge Boland's Order of September 23, 2010.

Mr. Martinez has not communicated with the Court since October 12, 2010, and has not filed an Amended Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 as directed. As a result, he has failed to file an amended pleading within the time allowed. The Application and action will be dismissed without prejudice. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Paul C. Martinez, to comply with the Order for an Amended Application dated September 23, 2010. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 7th day of December, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02298-BNB

Paul C. Martinez
Prisoner No. 108333
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on December 8, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk